Brent R. Cole, Esq.
Law Office of Brent R. Cole, P.C.
821 N Street, Suite 208
Anchorage, AK 99501
(907) 277-8001
staff@akcolelaw.com
brent@akcolelaw.com

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| JOAN ERICKSON, WALT CORAM, and CREED CORAM, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| PATRICIA A. PFIESTER individually, and dba ACP, ACP, LLC, ALASKAN COFFEE POT, LLC, JOE MARKEY, JPI, LLC, JAKE MARKEY, and BRUCE TENNEY, | ) ) ) ) ) ) |
| Defendants. | ) Case No.: 1:21-CV-00009-jmk ) ) |

**<u>CO-DEFENDANTS JAKE MARKEY, JOE MARKEY, JPI, LLC AND ALASKAN COFFEE POT, LLC'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

COMES NOW Jake Markey, Joe Markey, JPI, LLC and Alaskan Coffee Pot, LLC ("Markey Defendants"), by and through counsel, The Law Offices of Brent R. Cole, P.C., and hereby provides their answer to the First Amended Complaint filed on behalf of Joan

Erickson, Walt Coram and Creed Coram ("Plaintiffs"). For their Answer, the Defendants state the following:

**PARTIES, JURISDICTION & VENUE**

1. As to Paragraph 1, Markey Defendants are without knowledge regarding the allegations contained therein, and therefore, deny the same.

2. As to Paragraph 2, Markey Defendants admit Creed Coram is Joan Erickson's and Walt Coram's adult son, but are without knowledge regarding the remaining allegations, and therefore, deny the same.

3. As to Paragraph 3, Markey Defendants admit Walt Coram is Joan's husband and together they are landowners in Port Alexander, Alaska, but are without knowledge regarding the remaining allegations, and therefore, deny the same.

4. As to Paragraph 4, Markey Defendants deny they are business partners but admit the remaining allegations contained therein.

5. As to Paragraph 5, Markey Defendants deny they are business partners but admit the allegations contained therein.

6. As to Paragraph 6, the allegations are directed toward another party and do not require the answer of the Markey Defendants. To the extent they require an answer, Markey Defendants admit the Defendant Pfiester is a resident of Port Alexander, Alaska. The written documentation kept by the State of Alaska Division of Corporations regarding ACP, LLC and referred to speaks for itself. To the extent that the Plaintiffs' allegations are inconsistent with the plain meaning of the documents, the Markey Defendants deny

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

them. Markey Defendants deny that ACP is the abbreviation for the Alaska Coffee Pot, deny that Joe Markey had any involvement in ACP, but admit Jake Markey was an operation manager for ACP.

7. As to Paragraph 7, the written documentation kept by the State of Alaska Division of Corporations regarding ACP, LLC and referred to speaks for itself. To the extent that the Plaintiffs' allegations are inconsistent with the plain meaning of the documents, the Markey Defendants deny them. The Markey Defendants deny that Lot 13 is owned by the Markey Brothers.

8. As to Paragraph 8, the written documentation kept by the State of Alaska Division of Corporations regarding ACP, LLC and referred to speaks for itself. To the extent that the Plaintiffs' allegations are inconsistent with the plain meaning of the documents, the Markey Defendants deny them. Markey Defendants deny JPI was operated as a painting business or that JPI was involved with Jake Markey's ambition to develop and operate a marijuana grow operation in the community of Port Alexander, Alaska and a retail sales of marijuana products.

9. As to Paragraph 9, Markey Defendants admit the allegations contained therein.

**GENERAL ALLEGATIONS**

10. As to Paragraph 10, Markey Defendants admit the allegations contained therein.
LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

*Co-Defendants' Answer to First Amended Complaint*
*Erickson et al. v. Pfiester, et al.; 1:21-CV-00009-jmk*
Page 3 of 12

Case 1:21-cv-00009-JMK   Document 39   Filed 05/13/22   Page 3 of 12

11. As to Paragraph 11, Markey Defendants admit the allegations contained therein.

12. As to Paragraph 12, Markey Defendants admit the allegations contained therein.

13. As to Paragraph 13, Markey Defendants deny the allegations contained therein.

14. As to Paragraph 14, Markey Defendants admit Jake Markey wrote the sentence referred to but deny the remaining allegations contained therein.

15. As to Paragraph 15, Markey Defendants deny the allegations contained therein.

16. As to Paragraph 16, Markey Defendants admit Jake Markey made handshake deals with residents to lend money to the business because many parties did not want their names tied to a marijuana grow or sales business. Towards that end, Markey Defendants admit receiving approximately $140,000. Markey Defendants deny the remaining allegations contained therein.

17. As to Paragraph 17, Markey Defendants admit Jake Markey arranged for loans in different manners for the reasons noted above. Markey Defendants also admit Jake Markey wrote the sentence quoted in the paragraph but deny any remaining allegations and note that this quotation is taken out of context.

18. As to Paragraph 18, Markey Defendants admit Jake Markey did not initially meet the criterion for submitting a marijuana grow license application and Ms. Pfiester

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

agreed to submit the license application. Markey Defendants deny the remaining allegations contained therein.

19. As to Paragraph 19, Markey Defendants admit that Jake Markey was the operations manager for ACP, LLC but deny the remaining allegations contained therein.

20. As to Paragraph 20, Markey Defendants deny the allegations contained therein.

21. As to Paragraph 21, Markey Defendants deny the allegations contained therein.

22. As to Paragraph 22, Markey Defendants admit Jake Markey wrote the sentence quoted in the paragraph but deny any remaining allegations and note that this quotation is taken out of context.

23. As to Paragraph 23, Markey Defendants deny the allegations contained therein.

24. As to Paragraph 24, Markey Defendants deny the allegations contained therein.

25. As to Paragraph 25, Markey Defendants are without knowledge to admit or deny the financial resources of Walt Coram and therefore deny the same. Markey Defendants deny the remaining allegations contained therein.

26. As to Paragraph 26, Markey Defendants deny the allegations contained therein.

*Co-Defendants' Answer to First Amended Complaint*
*Erickson et al. v. Pfiester, et al.;1:21-CV-00009-jmk*
Page 5 of 12

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002  fax

27. As to Paragraph 27, Markey Defendants deny the allegations contained therein.

28. As to Paragraph 28, Markey Defendants deny the allegations contained therein.

29. As the Paragraph 29, Markey Defendants deny the allegations contained therein.

30. As to Paragraph 30, Markey Defendants deny the allegations contained therein.

31. As to Paragraph 31, Markey Defendants deny the allegations contained therein.

32. As to Paragraph 32, Markey Defendants admit someone wired $116,000 to JPI, LLC account, but deny the remaining allegations contained therein.

33. As to Paragraph 33, Markey Defendants deny the allegations contained therein.

34. As to Paragraph 34, Markey Defendants deny the allegations contained therein.

35. As to Paragraph 35, Markey Defendants deny the allegations contained therein.

36. As to Paragraph 36, Markey Defendants deny the allegations contained therein.

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002  fax

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

37. As to Paragraph 37, Markey Defendants deny the allegations contained therein.

38. As to Paragraph 38, Markey Defendants deny the allegations contained therein.

39. As to Paragraph 39, Markey Defendants deny the allegations contained therein.

40. As to Paragraph 40, Markey Defendants deny the allegations contained therein.

41. As to Paragraph 41, Markey Defendants deny the allegations contained therein.

42. As to Paragraph 42, Markey Defendants deny the allegations contained therein.

43. As to Paragraph 43, Markey Defendants deny the allegations contained therein.

44. As to Paragraph 44, Markey Defendants deny the allegations contained therein.

45. As to Paragraph 45, Markey Defendants deny the allegations contained therein.

46. As to Paragraph 46, Markey Defendants deny the allegations contained therein.

*Co-Defendants' Answer to First Amended Complaint*
*Erickson et al. v. Pfiester, et al.;1:21-CV-00009-jmk*
Page 7 of 12
Case 1:21-cv-00009-JMK   Document 39   Filed 05/13/22   Page 7 of 12

47. As to Paragraph 47, Markey Defendants admit that as part of his request to become a partner in the growth and sale of marijuana in Alaska, Walt Coram paid the bills set forth therein. Markey Defendants are without knowledge to any other motivations for the actions of Walt Coram, and therefore deny the remaining allegations.

48. As to Paragraph 48, Markey Defendants admit that as part of his request to become a partner in the growth and sale of marijuana in Alaska, Creed Coram paid the monies set forth therein.

49. As to Paragraph 49, Markey Defendants deny the allegations contained therein.

50. As to Paragraph 50, Markey Defendants deny the allegations contained therein.

51. As to Paragraph 51, Markey Defendants deny the allegations contained therein.

52. As to Paragraph 52, Markey Defendants deny the allegations contained therein.

53. As to Paragraph 53, Markey Defendants deny the allegations contained therein. Creed Coram was fired because he was incompetent.

54. As to Paragraph 54, Markey Defendants deny the allegations contained therein.

55. As to Paragraph 55, Defendants deny the allegations contained therein.

*Co-Defendants' Answer to First Amended Complaint*
*Erickson et al. v. Pfiester, et al.;1:21-CV-00009-jmk*
Page 8 of 12

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

Case 1:21-cv-00009-JMK   Document 39   Filed 05/13/22   Page 8 of 12

56. As to Paragraph 56, Defendants are without knowledge, and therefore, deny the same.

57. As to Paragraph 57, Defendants deny the allegations contained therein.

58. As to Paragraph 58, Defendants deny the allegations contained therein.

59. There is not a paragraph 59 in the First Amended Complaint.

60. There is not a paragraph 60 in the First Amended Complaint.

61. There is not a paragraph 61 in the First Amended Complaint.

62. There is not a paragraph 62 in the First Amended Complaint.

63. There is not a paragraph 63 in the First Amended Complaint.

64. As to Paragraph 64, Defendants deny the allegations contained therein.

65. As to Paragraph 65, Defendants deny the allegations contained therein.

## FIRST CAUSE OF ACTION

66. As to Paragraph 66, Defendants incorporate by reference their answers to all preceding paragraphs.

67. As to Paragraph 67, Defendants deny the allegations contained therein.

68. As to Paragraph 68, Defendants deny the allegations contained therein.

69. As to Paragraph 69, Defendants deny the allegations contained therein.

70. As to Paragraph 70, Defendants deny the allegations contained therein.

71. As to Paragraph 71, Defendants deny the allegations contained therein.

72. As to Paragraph 72, Defendants deny the allegations contained therein.

73. As to Paragraph 73, Defendants deny the allegations contained therein.

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

*Co-Defendants' Answer to First Amended Complaint*
*Erickson et al. v. Pfiester, et al.; 1:21-CV-00009-jmk*
Page 9 of 12

Case 1:21-cv-00009-JMK   Document 39   Filed 05/13/22   Page 9 of 12

74. As to Paragraph 74, Defendants deny the allegations contained therein.

## SECOND CAUSE OF ACTION

75. As to Paragraph 66, Defendants incorporate by reference their answers to all preceding paragraphs.

76. As to Paragraph 76, Defendants deny the allegations contained therein.

77. As to Paragraph 77, Defendants admit the allegations contained therein.

78. As to Paragraph 78, Defendants deny the allegations contained therein.

79. As to Paragraph 79, Defendants deny the allegations contained therein.

## THIRD CAUSE OF ACTION

80. As to Paragraph 80, Defendants incorporate by reference their answers to all preceding paragraphs.

81. As to Paragraph 81, Defendants deny the allegations contained therein.

82. As to Paragraph 82, Defendants deny the allegations contained therein.

83. As to Paragraph 83, Defendants deny the allegations contained therein.

## FOURTH CAUSE OF ACTION

84. As to Paragraph 84, Defendants incorporate by reference their answers to all preceding paragraphs.

85. As to Paragraph 85, Defendants admit the allegations contained therein

86. As to Paragraph 86, Defendants deny the allegations contained therein.

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

*Co-Defendants' Answer to First Amended Complaint*
*Erickson et al. v. Pfiester, et al.;1:21-CV-00009-jmk*
Page 10 of 12

## FIFTH CAUSE OF ACTION

87. As to Paragraph 87, Defendants incorporate by reference their answers to all preceding paragraphs.

88. As to Paragraph 88, Defendants deny the allegations contained therein.

89. As to Paragraph 89, Defendants deny the allegations contained therein.

90. As to Paragraph 90, Defendants deny the allegations contained therein.

91. As to Paragraph 91, Defendants deny the allegations contained therein.

## GENERAL DENIAL

Answering Defendants deny each and every allegation not specifically admitted.

## AFFIRMATIVE DEFENSES

1. Plaintiffs' Complaint fails to state a claim against Defendants for which relief can be granted.

2. Plaintiffs' claims are barred by the equitable doctrines of equitable estoppel, waiver and unclean hands.

3. Plaintiffs assumed the risk of loss by investing in a marijuana business.

4. Plaintiffs contributed to their loss by their own actions.

5. Defendants expressly reserve, and do not waive, their right to assert any and all additional defenses, affirmative defenses, counterclaims, cross-claims, or third-party claims.

6. All other defenses not herein stated are specifically reserved and shall be asserted at such time as the facts supporting their assertion are made known to or

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax

*Co-Defendants' Answer to First Amended Complaint*
*Erickson et al. v. Pfiester, et al.; 1:21-CV-00009-jmk*
Page 11 of 12
Case 1:21-cv-00009-JMK   Document 39   Filed 05/13/22   Page 11 of 12

discovered by Defendants.

## PRAYER FOR RELIEF

WHEREFORE, Defendants prays for the following relief:

1. For judgment in favor of Defendants Joe Markey, Jake Markey JPI, LLC and Alaskan Coffee Pot, LLC and against Plaintiffs on all claims in the Complaint;

2. For costs and attorneys' fees as allowable under Alaska's Rules of Civil Procedure and Administrative Rules; and

3. For such other and further relief as the court deems just and equitable in the circumstances.

DATED this 13th day of May, 2022, at Anchorage, Alaska.

LAW OFFICES OF BRENT R. COLE, P.C.
Attorneys for Defendants Jake Markey, Joe Markey, JPI, LLC and Alaska Coffee Pot, LLC

By: /s/Brent Cole
    Brent R. Cole
    AK State Bar No. 8606074

**CERTIFICATE OF SERVICE**

This is to certify that on this 13th day of May, 2022 a true and correct copy of the foregoing document was electronically served to the following:

Gregory S. Parvin, *Esq.*
Law Office of Gregory S. Parvin
290 N. Willow Street
Wasilla AK99654
gparvin@gparvinlaw.com

John C. Pharr, *Esq.*
Law Office of John C. Pharr, P.C.
733 W. 4th Avenue, Suite 308
Anchorage, Alaska 99501
jpharr@pharr-law.net

    /s/Nicole Miller
Staff at Law Office of Brent R. Cole, P.C.

*Co-Defendants' Answer to First Amended Complaint*
*Erickson et al. v. Pfiester, et al.;1:21-CV-00009-jmk*
Page 12 of 12

LAW OFFICE OF BRENT R. COLE, P.C.
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-8001
(907) 277-8002 fax