John C. Pharr
LAW OFFICES OF JOHN C. PHARR, P.C.
733 West Fourth Ave., Ste 308
Anchorage, Alaska 99501
(907) 272-2525 phone
(907) 277-9859 fax
jpharr@pharr-law.net

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA AT JUNEAU

| | |
|---|---|
| JOAN ERICKSON, WALT CORAM, and CREED CORAM, <br><br> Plaintiffs, <br><br> vs. <br><br> PATRICIA A. PFEISTER, individually and dba ACP, ACP, LLC, ALASKAN COFFEE POT, LLC, JOE MARKEY, JPI, LLC, JAKE MARKEY, BRUCE TENNEY, and LARRY CHEDEREWICZ, <br><br> Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 1:21-cv-00009 JMK |

## ANSWER TO FIRST AMENDED COMPLAINT

COMES NOW defendants PATRICIA A. PFEISTER, individually and dba ACP and ACP, LLC, by and through their attorney, John C. Pharr, of the LAW OFFICES OF JOHN C. PHARR, P.C. and for their answer to plaintiffs' First Amended Complaint, admit, deny, and allege as follows:

1. In response to paragraph 1 of plaintiffs' First Amended Complaint, answering defendants admit the allegations in that paragraph.

2. In response to paragraph 2 of plaintiffs' First Amended Complaint, answering defendants admit the allegations in that paragraph.

**ANSWER TO FIRST AMENDED COMPLAINT**
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK

1

3. In response to paragraph 3 of plaintiffs' First Amended Complaint, answering defendants admit the allegations in the first sentence of that paragraph, and are without knowledge or information sufficient to form a belief as to the truth as to the truth of the allegations in the second sentence of that paragraph and therefore deny same.

4. In response to paragraphs 4 of plaintiffs' First Amended Complaint, answering defendants admit the allegations in that paragraph except that they deny that the Markey Brothers are business partners.

5. In response to paragraphs 5 of plaintiffs' First Amended Complaint, answering defendants admit the allegations in that paragraph except that they deny that the Markey Brothers are business partners.

6. In response to paragraph 6 of plaintiffs' First Amended Complaint, answering defendants admit the allegations in the first and second sentences of that paragraph, and deny the allegations in the third sentence.

7. In response to paragraph 7 of plaintiffs' First Amended Complaint, answering defendants admit the allegations in that paragraph, except that the zip code is 99836, and deny the second sentence.

8. In response to paragraph 8 of plaintiffs' First Amended Complaint, answering defendants admit the allegations in the first sentence of that paragraph and deny the second sentence.

9. In response to paragraph 9 of plaintiffs' First Amended Complaint, answering defendants deny that either the Superior Court for the State of Alaska or the U.S. District Court for the State of Alaska has subject matter jurisdiction, and deny the second sentence of that paragraph.

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

ANSWER TO FIRST AMENDED COMPLAINT
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK

2

10. In response to paragraph 10 of plaintiffs' First Amended Complaint, answering defendants are without knowledge or information sufficient to form a belief as to the truth as to truth of the allegations in that paragraph and therefore deny same.

11. In response to paragraph 11 of plaintiffs' First Amended Complaint, answering defendants are without knowledge or information sufficient to form a belief as to the truth as to truth of the allegations in that paragraph and therefore deny same.

12. In response to paragraph 12 of plaintiffs' First Amended Complaint, answering defendants are without knowledge or information sufficient to form a belief as to the truth as to truth of the allegations in that paragraph and therefore deny same.

13. In response to paragraph 13 of plaintiffs' First Amended Complaint, answering defendants are without knowledge or information sufficient to form a belief as to the truth as to truth of the allegations in that paragraph and therefore deny same.

14. In response to paragraph 14 of plaintiffs' First Amended Complaint, answering defendants are without knowledge or information sufficient to form a belief as to the truth as to truth of the allegations in that paragraph and therefore deny same.

15. In response to paragraph 15 of plaintiffs' First Amended Complaint, answering defendants are without knowledge or information sufficient to form a belief as to the truth as to truth of the allegations in that paragraph and therefore deny same.

16. In response to paragraph 16 of plaintiffs' First Amended Complaint, answering defendants are without knowledge or information sufficient to form a belief as to the truth as to truth of the allegations in the third sentence and therefore deny same.

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**ANSWER TO FIRST AMENDED COMPLAINT**
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK

3

17. In response to paragraph 17 of plaintiffs' First Amended Complaint, answering defendants are without knowledge or information sufficient to form a belief as to the truth as to truth of the allegations in that paragraph and therefore deny same.

18. In response to paragraph 18 of plaintiffs' First Amended Complaint, answering defendants admit Jake Markey did not initially meet the criterion for submitting a marijuana grow license application and defendant Patricia A. Pfiester agreed to submit the license application, and that defendant Pfiester invested in the business, but deny the remaining allegations contained therein.

19. In response to paragraph 19 of plaintiffs' First Amended Complaint, answering defendants admit that Jake Markey was the operations manager for ACP, LLC but deny the remaining allegations contained therein.

20. In response to paragraph 20 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

21. In response to paragraph 21 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

22. In response to paragraph 22 of plaintiffs' First Amended Complaint, answering defendants admit Jake Markey wrote the sentence quoted in the paragraph but deny any remaining allegations and note that this quotation is taken out of context.

23. In response to paragraph 23 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

24. In response to paragraphs 24 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**ANSWER TO FIRST AMENDED COMPLAINT**  4
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK
Case 1:21-cv-00009-JMK   Document 40   Filed 06/11/22   Page 4 of 11

25. In response to paragraph 25 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

26. In response to paragraph 26 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

27. In response to paragraph 27 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

28. In response to paragraph 28 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

29. In response to paragraph 29 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

30. In response to paragraph 30 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

31. In response to paragraph 31 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

32. In response to paragraph 32 of plaintiffs' First Amended Complaint Markey Defendants admit someone wired $116,000 to JPI, LLC account, but deny the remaining allegations contained therein.

33. In response to paragraph 33 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

34. In response to paragraph 34 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

35. In response to paragraph 35 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**ANSWER TO FIRST AMENDED COMPLAINT**
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK

5

36. In response to paragraph 36 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

37. In response to paragraph 37 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

38. In response to paragraph 38 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

39. In response to paragraph 39 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

40. In response to paragraph 40 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

41. In response to paragraph 41 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

42. In response to paragraph 42 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

43. In response to paragraph 43 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

44. In response to paragraph 44 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

45. In response to paragraph 45 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

46. In response to paragraph 46 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**ANSWER TO FIRST AMENDED COMPLAINT**
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK

6

Case 1:21-cv-00009-JMK   Document 40   Filed 06/11/22   Page 6 of 11

47. In response to paragraph 47 of plaintiffs' First Amended Complaint, answering defendants admit that Walt Coram paid the bills set forth therein for the benefit of the Markey Brothers and deny the remaining allegations.

48. In response to paragraph 48 of plaintiffs' First Amended Complaint, answering defendants admit that Creed Coram paid the monies set forth therein for the benefit of the Markey Brothers, and deny the remaining allegations.

49. In response to paragraph 49 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

50. In response to paragraph 50 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

51. In response to paragraph 51 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

52. In response to paragraph 52 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

53. In response to paragraph 536 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph. Creed Coram was fired because he was incompetent.

54. In response to paragraph 54 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

55. In response to paragraph 55 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**ANSWER TO FIRST AMENDED COMPLAINT**
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK
Case 1:21-cv-00009-JMK   Document 40   Filed 06/11/22   Page 7 of 11

7

56. In response to paragraph of plaintiffs' First Amended Complaint, answering defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations and therefore deny same.

57. In response to paragraph 57 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

58. In response to paragraph 58 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

59 – 63. There are no paragraphs 59-63 in plaintiffs' amended First Amended Complaint.

64. In response to paragraph 65 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

65. In response to paragraph 65 of plaintiffs' First Amended Complaint, answering defendants deny the allegations in that paragraph.

## FIRST CAUSE OF ACTION

66. In response to paragraph 66 of plaintiffs' First Amended Complaint, answering defendants incorporate by reference their answers to all preceding paragraphs.

67. As to Paragraph 67, Defendants deny the allegations contained therein.

68. As to Paragraph 68, Defendants deny the allegations contained therein.

69. As to Paragraph 69, Defendants deny the allegations contained therein.

70. As to Paragraph 70, Defendants deny the allegations contained therein.

71. As to Paragraph 71, Defendants deny the allegations contained therein.

72. As to Paragraph 72, Defendants deny the allegations contained therein.

73. As to Paragraph 73, Defendants deny the allegations contained therein.

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**ANSWER TO FIRST AMENDED COMPLAINT** 8
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK
Case 1:21-cv-00009-JMK   Document 40   Filed 06/11/22   Page 8 of 11

74. As to Paragraph 74, Defendants deny the allegations contained therein.

## SECOND CAUSE OF ACTION

75. In response to paragraph 75 of plaintiffs' First Amended Complaint, answering defendants incorporate by reference their answers to all preceding paragraphs.

76. As to Paragraph 76, Defendants deny the allegations contained therein.

77. As to Paragraph 77, Defendants admit the allegations contained therein.

78. As to Paragraph 78, Defendants deny the allegations contained therein.

79. As to Paragraph 79, Defendants deny the allegations contained therein.

## THIRD CAUSE OF ACTION

80. In response to paragraph 80 of plaintiffs' First Amended Complaint, answering defendants incorporate by reference their answers to all preceding paragraphs.

81. As to Paragraph 81, Defendants deny the allegations contained therein.

82. As to Paragraph 82, Defendants deny the allegations contained therein.

83. As to Paragraph 83, Defendants deny the allegations contained therein.

## FOURTH CAUSE OF ACTION

84. In response to paragraph 84 of plaintiffs' First Amended Complaint, answering defendants incorporate by reference their answers to all preceding paragraphs.

85. As to Paragraph 85, Defendants admit the allegations contained therein

86. As to Paragraph 86, Defendants deny the allegations contained therein.

## FIFTH CAUSE OF ACTION

87. In response to paragraph 87 of plaintiffs' First Amended Complaint, answering defendants incorporate by reference their answers to all preceding paragraphs.

88. As to Paragraph 88, Defendants deny the allegations contained therein.

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**ANSWER TO FIRST AMENDED COMPLAINT**
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK

9

Case 1:21-cv-00009-JMK   Document 40   Filed 06/11/22   Page 9 of 11

89. As to Paragraph 89, Defendants deny the allegations contained therein.

90. As to Paragraph 90, Defendants deny the allegations contained therein.

91. As to Paragraph 91, Defendants deny the allegations contained therein.

## AFFIRMATIVE DEFENSES

1. Plaintiffs failed to state a claim upon which relief can be granted.

2. Plaintiffs failed to mitigate their damages.

3. Plaintiffs' claims are barred by the equitable doctrines of equitable estoppel, waiver and unclean hands.

4. Plaintiffs made no pre-suit tender and therefore are not eligible for rescission.

5. Plaintiffs assumed the risk of loss.

6. Plaintiffs contributed to their loss by their own actions.

7. Marijuana is a Schedule I controlled substance under federal law, and therefore the contracts plaintiffs are trying to enforce are illegal and unenforceable.

WHEREFORE, having fully answered plaintiffs' First Amended Complaint, answering defendants pray that plaintiffs' First Amended Complaint be dismissed with prejudice and that plaintiffs take nothing thereby, and that they be awarded their costs and fees incurred in the defense of this action.

DATED this 11 day of June, 2022.

LAW OFFICES OF JOHN C. PHARR, P.C.
Attorneys for Defendants PATRICIA A. PFEISTER, individually and dba ACP and ACP, LLC

By: _____
John C. Pharr
ABA #8211140

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**ANSWER TO FIRST AMENDED COMPLAINT**
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK

10

Case 1:21-cv-00009-JMK   Document 40   Filed 06/11/22   Page 10 of 11

I HEREBY CERTIFY that I served a true and correct copy
of this document by email this 11th day of June 2022, to:

Gregory S. Parvin
gparvin@gparvinlaw.com

Brent Cole
brent@akcolelaw.com
staff@akcolelaw.com

By: _____
John D. Pharr III, Assistant

LAW OFFICES OF
JOHN C. PHARR, PC
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 272-2525
Fax (907) 277-9859

**ANSWER TO FIRST AMENDED COMPLAINT**
*Joan Erickson, et. al. v. Patricia A. Pfiester, et. al.*
Case No. 1:21-cv-00009 JMK

11

Case 1:21-cv-00009-JMK   Document 40   Filed 06/11/22   Page 11 of 11